JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ryan Lokker**, an individual,<br><br>           Plaintiff,<br><br>    vs.<br><br>**Walmart, Inc.**, a Delaware Corporation; and **Does 1-10**, inclusive,<br><br>         Defendants. | CASE NO: 5:23-cv-01106-RGK-SHK<br><br>District Judge: R. Gary Klausner<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT**<br><br>Trial: April 9, 2024<br>Verdict: April 11, 2024 |

## [PROPOSED] FINAL JUDGMENT

WHEREAS, this matter was tried by a jury beginning April 9, 2024, with Judge R. Gary Klausner presiding;

WHEREAS, on April 10, 2024, the Court ruled that Plaintiff Ryan Lokker's first cause of action for retaliation in violation of Labor Code § 1102.5 was time barred under a one-year statute of limitations;

WHEREAS, as a result, the only claim presented to the jury was Plaintiff's second cause of action for wrongful termination in violation of public policy;

WHEREAS, on April 11, 2024, the jury rendered a verdict in favor of Plaintiff and against Defendant Walmart Inc. on his second cause of action for wrongful termination in violation of public policy; AND

WHEREAS, the jury awarded Plaintiff $11,900 in economic damages and $300,000 in noneconomic damages.

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED:

Plaintiff shall recover from Defendant the amount of three hundred and eleven thousand and nine hundred dollars ($311,900), plus post judgment interest at the rate of 5.20% per annum, along with costs; AND

Plaintiff's first cause of action for retaliation in violation of Labor Code § 1102.5 is time-barred, and thus judgment is entered against Plaintiff and in favor of Defendant on Plaintiff's claim under Labor Code § 1102.5.

DATE: 5/13/2024

_____

Hon. R. Gary Klausner

United States District Judge