King & Siegel LLP

**JS6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Ryan Lokker**, an individual,<br><br>Plaintiff,<br>vs.<br><br>**Walmart, Inc.**, a Delaware Corporation; and **Does 1-10**, inclusive,<br><br>Defendants. | CASE NO: 5:23-cv-01106-RGK-ACCV<br><br>District Judge: R. Gary Klausner<br><br>~~**[PROPOSED]**~~ **AMENDED FINAL JUDGMENT**<br><br>Trial: April 9, 2024<br>Verdict: April 11, 2024 |

King & Siegel LLP

# [PROPOSED] AMENDED FINAL JUDGMENT

WHEREAS, this matter was tried by a jury beginning April 9, 2024, with Judge R. Gary Klausner presiding;

WHEREAS, on April 10, 2024, the Court ruled that Plaintiff Ryan Lokker's first cause of action for retaliation in violation of Labor Code § 1102.5 was time barred under a one-year statute of limitations;

WHEREAS, as a result, the only claim presented to the jury was Plaintiff's second cause of action for wrongful termination in violation of public policy;

WHEREAS, on April 11, 2024, the jury rendered a verdict in favor of Plaintiff and against Defendant Walmart Inc. on his second cause of action for wrongful termination in violation of public policy;

WHEREAS, the jury awarded Plaintiff $11,900 in economic damages and $300,000 in noneconomic damages;

WHEREAS, on December 19, 2025, the Ninth Circuit reversed the Court's dismissal of Plaintiff's Labor Code § 1102.5 cause of action;

WHEREAS, the Parties agreed that, following the Ninth Circuit's reinstatement of Plaintiff's Section 1102.5 claim, there were no remaining factual issues to be tried in light of the jury's verdict of Plaintiff's Second Cause of Action, his wrongful termination in violation of public policy claim;

WHEREAS, on June 22, 2026, the Court entered an award in Plaintiff's favor of $928,412.51 in attorneys' fees and $85,807.23 in costs as to Plaintiff's Section 1102.5 claim; and

WHEREAS, on June 28, 2024, the Clerk taxed costs in the amount of $18,044.44.

///

///

///

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED:

Plaintiff shall recover from Defendant the amount of three hundred and eleven thousand and nine hundred dollars ($311,900), plus post judgment interest at the rate of 5.20% per annum, along with costs;

Judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's first cause of action for violation of Labor Code § 1102.5;

Plaintiff shall recover from Defendant the amount of $928,412.51 in attorneys' fees and $85,807.23 in costs; and

Plaintiff shall recover from Defendant the amount of $18,044.44 in taxed costs.

DATE: **7/22/2026**

Gary Klausner

Hon. R. Gary Klausner
United States District Judge

King & Siegel LLP